UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 9
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

PRO-COM PRODUCTS, INC.,
      *Plaintiff,*

v.

UNITED STATES,
      *Defendant.*

**Court No. 20-cv-03817**

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of various models of Swagtron® Hoverboards with electric motors for propulsion, each of a power not exceeding 1,000 W.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as motorcycles with electric motors for propulsion under subheading 8711.60.0090 of the Harmonized Tariff Schedule of the United States ("HTSUS"), if entered on or after July 1, 2019, or subheading 8711.60.0000, HTSUS, if entered prior to July 1, 2019, each of which are duty free provisions; and heading 9903.88.02, HTSUS, pursuant to Section 301 of the Trade Act of 1974, 19 U.S.C. § 2411, imposing duties at the rate of 25% ad valorem on products of the People's Republic of China.

Case 1:20-cv-03817-JAR    Document 14    Filed 12/17/25    Page 2 of 5

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES
Court No. 20-cv-03817                                                                                   Page **2** of **5**

4. The stipulable imported merchandise identified in the attached schedule is classifiable as electric motorcycles with electric motors for propulsion under subheading 8711.60.0090, HTSUS, if entered on or after July 1, 2019, and 8711.60.0000, HTSUS, if entered prior to July 1, 2019, each of which are duty-free provisions; and heading 9903.88.17, HTSUS, by application of the exclusion from duties imposed by heading 9903.88.02, HTSUS, issued by the Office of the United States Trade Representative and described in U.S. Note 20(v)(86) to Subchapter III of Chapter 99, HTSUS, providing for "[m]otorcycles with electric power for propulsion, each of a power not exceeding 1,000 W (described in statistical reporting numbers 8711.60.0050 or 8711.60.0090, effective July 1, 2019; described in statistical reporting number 8711.60.0000, effective prior to July 1, 2019)."

5. The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES
Court No. 20-cv-03817                                                                 Page **3** of **5**

Respectfully submitted,

By:    /s/ Serhiy Kiyasov 12-17-2025
      SERHIY KIYASOV
      ROCK TRADE LAW LLC
      134 North LaSalle Street, Suite 1800
      Chicago, Illinois 60602
      312-824-6195 (telephone)
      skiyasov@rocktradelaw.com (e-mail)
      Counsel For Plaintiff
      Pro-Com Products, Inc.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:                 12/16/25
      JUSTIN R. MILLER
      Attorney-In-Charge
      International Trade Field Office

                  12/16/25
      EDWARD F. KENNY
      Senior Trial Counsel
      Civil Division, Dept. of Justice
      Commercial Litigation Branch
      26 Federal Plaza, Room 346
      New York, New York 10278
      Tel. No. 212-264-0480
      Attorneys for Defendant

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES
Court No. 20-cv-03817                                                                                          Page **4** of **5**

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
HONORABLE JANE A. RESTANI, JUDGE

Date: _____

Case 1:20-cv-03817-JAR    Document 14    Filed 12/17/25    Page 5 of 5

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES
Court No. 20-cv-03817                                                                          Page **5** of **5**

## SCHEDULE A TO STIPULATED JUDGMENT

Port of Entry: 2704 – Los Angeles/Long Beach, CA

Center: CEE003 – Automotive and Aerospace

| Court Number | Protest Number | Entry Number | Description of Merchandise |
|---|---|---|---|
| 20-cv-03817 | 2704-20-138085 | BVQ-0189271-9 | T588 |
| 20-cv-03817 | 2704-20-138085 | BVQ-0196355-1 | T882 EVO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197402-0 | T882 HERO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197501-9 | T882 HERO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197687-6 | T882 HERO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197691-8 | T882 EVO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197692-6 | T882 HERO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197693-4 | T882 HERO, T882 EVO |
| 20-cv-03817 | 2704-20-138085 | BVQ-0197951-6 | T882 EVO |

Port of Entry: 3901 – Chicago, IL

Center: CEE003 – Automotive and Aerospace

| Court Number | Protest Number | Entry Number | Description of Merchandise |
|---|---|---|---|
| 20-cv-03817 | 3901-20-116153 | BVQ-0192430-6 | T6, T881 |
| 20-cv-03817 | 3901-20-116153 | BVQ-0195072-3 | T6, T580 |
| 20-cv-03817 | 3901-20-116153 | BVQ-0195384-2 | T580 |
| 20-cv-03817 | 3901-20-116153 | BVQ-0198268-4 | T882 EVO |